No. 1139. KIRBY PETROLEUM CO. *v.* COMMISSIONER OF INTERNAL REVENUE. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Homer L. Bruce* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Hilbert P. Zarky* and *Miss Helen R. Carloss* for respondent.

No. 1171. OKLAHOMA PRESS PUBLISHING CO. *v.* WALLING, ADMINISTRATOR. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Elisha Hanson, Joseph C. Stone* and *Charles A. Moon* for petitioner. *Assistant Solicitor General Cox, Mr. Douglas B. Maggs* and *Miss Bessie Margolin* for respondent.

No. 1179. NEWS PRINTING CO., INC. *v.* WALLING, ADMINISTRATOR. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Elisha Hanson* and *Miss Letitia Armistead* for petitioner. *Assistant Solicitor General Cox, Mr. Douglas B. Maggs* and *Miss Bessie Margolin* for respondent.

No. 1152. MABEE ET AL. *v.* WHITE PLAINS PUBLISHING CO., INC. May 21, 1945. Petition for writ of certiorari to the Court of Appeals of New York granted. *Mr. Morton Lexow* for petitioners. *Mr. Elisha Hanson* and *Miss Letitia Armistead* for respondent.